UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM LYNN PHELPS, SR,

    Petitioner,

v.                                                                          Case No. 3:21cv754-MCR-HTC

RICKY D. DIXON,

    Respondent.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation, ECF No. 26. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation (ECF No. 26) is adopted and incorporated by reference in this order.

2. The habeas petition challenging the conviction in *State v. Phelps*, 2018-CF-4381, in the First Judicial Circuit Court for Escambia County, Florida, ECF Doc. 1, is DENIED without an evidentiary hearing.

3. A certificate of appealability is DENIED.

4. The clerk of court is directed to close the file.

**DONE AND ORDERED** this 21st day of April 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**